1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOCK COLEMAN,

     Plaintiff,

v.

HORSESHOE CASINO,

     Defendant.

Case No. 2:12-CV-00908-KJD-PAL

**ORDER**

     Presently before the Court is Defendant's Motion to Dismiss (#11).  Though the time for doing so has passed, Plaintiff has failed to file a response in opposition.  Having read and considered the motion and good cause being found, and in accordance with Local Rule 7-2(d), the Court grants the motion.  The summons served was clearly not prepared by the Clerk of the Court as required by Federal Rule of Civil Procedure 4(b).  Furthermore, Plaintiff failed to serve a copy of the complaint with the summons.  Finally, giving Plaintiff an extension of time to do so would be futile, since he failed to respond to Defendant's motion.

     Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#11) is **GRANTED** ;

     IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice** in accordance with Rule 4(m)

1        IT IS FURTHER ORDERED that Defendant's Motion to Extend Time (#10) is **GRANTED**

2    **nunc pro tunc**.

3        DATED this 11th day of December 2012.

4

5

6    _____

7    Kent J. Dawson
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26